D'Andre Braddy
Plaintiff

v.

SGT. MERRITT
OFC. COVEY
LT. BLITCH
Defendants etc...

Case: Not Assigned

3:17-cv-937-J-32JRK

LEGAL MAIL
Provided to Florida State Prison on
8/14/17 for mailing by [initials]

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
2017 AUG 16 AM 11:36
FILED

## Formal Complaint

I D'ANDRE BRADDY am filing a formal complaint against the above mentioned defendants. On the basis that they have threaten me and put me on strip for no reason. While in my room on 8/11/17. I was waiting for the legal mailman to send out supporting documents on my case. The legal mailman left the wing, so I called out and hit the door to get the wing officers attention. When SGT MERRITT came, he automatically came to my door and looked in my room and claimed my bed wasn't made. Therefore I need to cuff up to be put on strip. I refused on the basis my bed was made. LT. BLITCH came and ask me to cuff up. They were trying to gas me for no reason and possibly run the cell extraction team. I consented but left when I got out of the cell,

Continued...

Being that I was in fear of getting gassed or beat up, They then threw me back in the cell. Then tried to say I refuse the cuffs. Once I spoke up on audio they came and uncuff me, And left me alone. I had a law library call out to review my case. While at my cell, Sgt Merritt out of malicious and prejudice, entered my cell and took my mattress and sheets after Lt. Blitch says I could keep my stuff. When I came back from the call out my mattress and sheets were taken out my cell and Lt. Blitch claim that he ordered it. While back in my cell I let the audio know that I was going to file a civil complaint. Lt. Blitch and Ofc. Covey then came closer to my door and states "We are going to get you Motherfucker" All this escalated because I banged on the door to get my legal mail.

Relief Sought

It is obvious that my 4th amendment of illegal search and seizure was violated. On the basis the has no reason to take my property/ no probable cause. It is also deliberate indifference because

I was put on strip based on a false accusation of a dum SGT. Also exemplified is violation of my due process right and equal protection of the law in accordance with the 14th Amendment. IN WHICH I was deprive my life, liberty, and property, for no reason based on a lie

### Affirmation of Relief Sought

Your Honor I am in fear of my life. In which I have no family. I lost my sister last November to medical mal-practice. And I don't wanna die or get killed in prison. I am asking you to result this to the Inspector General and if possible a restraining order be issued. The officers hold true to their promise. In which I have seen them gas people and run the extraction team and beat inmates severly. I am asking for an external investigation to be done. On the basis that they cover up and steal the grievances, And deny they have been recieved. In which I have several copies and those responses in my possession. I cannot file a civil claim due to my indigent status. I ask for

your protection need help. Until I get out on April 29TH, 2018. To be Able to file A civil claim.

Please Help!!

Date: 8/14/17

[signature]
#N13642
FLORIDA STATE PRISON
P.O. Box #800
Raiford, FL 32083

P.S. I ask for A copy of this motion as confirmation you recieved it.